In the Matter of the Will of JACOB G. DETTMER, Deceased.

BROOKLYN INSTITUTE OF ARTS AND SCIENCES et al., Appellants; CITY BANK FARMERS TRUST COMPANY, as Trustee under the Will of JACOB G. DETTMER, Deceased, et al., Respondents.

Argued April 10, 1944; decided May 25, 1944.

■■■■■■■■

`John F. Brosnan, H. G. Pickering, Richard S. Ritzel` and `John Wallis` for Brooklyn Institute of Arts and Sciences, appellant.

`Ralph E. Hemstreet` for Orphan Asylum Society of the City of Brooklyn, appellant.

`Floyd C. Williams` and `Frank H. Shaffer, Jr.,` for Otto D. Steil et al., appellants.

`Francis J. Rogers` for National City Bank of New York, as executor of Justus G. Dettmer, deceased, et al., appellants.

`T. Fergus Redmond` for Empire Trust Company, as executor of Carolyn D. Wood, deceased, appellant.

`Aaron Frank` for City Bank Farmers Trust Company, as trustee under the will of Jacob G. Dettmer, deceased, respondent.

`Walter J. Carlin` for County of Miami, Ohio, et al., respondent.

Order affirmed, with costs payable out of the estate to all parties appearing by attorneys admitted to practice in the State of New York and filing separate briefs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, DESMOND and THACHER, JJ. Taking no part: RIPPEY and CONWAY, JJ.